UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Laura Van Heijningen and Tom Van Heijnengen<br><br>    Plaintiffs,<br><br>    v.<br><br>30 Watt Holdings, Inc. and Ryan Dolan,<br><br>    Defendants. | Case No: 17-cv-00426-L.A.<br><br>STIPULATION TO DISMISS ALL COUNTS AND CLOSE CASE |

Pursuant to Rule 41(a), the Parties hereby stipulate that all Claims and Counter-Claims at issue in this case be voluntarily dismissed with prejudice. The Parties ask that the case be closed.

Respectfully Submitted, at Milwaukee, Wisconsin, this 31st day of July 2018:

        ADAMS LAW GROUP, LLC
        For the Defendant

        /s/ Daniel M. Adams
        Daniel M. Adams
        State Bar No. 1067564
        1200 E. Capitol., Suite 360
        Milwaukee, WI 53211
        (T) 414-921-1945
        (F) 414-921-1946
        Dan@DefenseWisconsin.com


        RUBRIC LEGAL LLC
        /s/ Michael Frasier
        Michael H. Frasier
        Chad A. Snyder (#1069460)
        233 Park Avenue S., Suite 205
        Minneapolis, MN 55415
        (612) 465-0074
        Michael@RubricLegal.com
        Attorney for Defendants